UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet LLP,

    Defendants.
_____

### NOTICE OF APPEAL
_____

    Defendants Sandipan Chowdhury and Booth Sweet LLP, appeal pursuant to 28 U.S.C. § 158 (a) and Fed.R.Bank.P. 8001 from the contempt order of the Bankruptcy Judge Kathleen H. Sanberg entered in the above-captioned adversary proceeding on January 9, 2019.

    The names of all parties to the order and judgment appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

**Plaintiff Paul R. Hansmeier, Debtor**

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
Tel.: (651) 399-1583

**Defendants Sandipan Chowdhury and Booth Sweet LLP**

Jason E. Sweet (#668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619

Dated: January 18, 2019

                                                        Respectfully,

                                                        /s/ Jason E. Sweet_____
                                                        Jason E. Sweet

Counsel for Defendants
*Pro Hac Vice Appearance*

BOOTH SWEET LLP
Jason E. Sweet (BBO# 668596)
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

_____

    I hereby certify that on January 18, 2019, I caused the following documents:

- *Notice of Appeal*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered via first class mail to Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125 constitutes service or notice pursuant to Local Rule 9006-1(a).

Dated: January 18, 2019

                                                                                           /s/ Jason E. Sweet_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

_____

**DEFENDANTS' ELECTION THAT ITS APPEAL BE HEARD BY
THE UNITED STATES DISTRICT COURT**
_____

    Defendants Sandipan Chowdhury and Booth Sweet LLP, hereby elect, pursuant to 28 U.S.C. § 158(c)(1)(A), to have its appeal in this matter heard by the United States District Court for the District of Minnesota. There are pending appeals in this matter, No. 18-cv-0761 and No. 18-cv-3403, before Honorable Wilhelmina M. Wright. Defendants would request that this appeal also be assigned to Judge Wright.

Dated: January 18, 2019

    Respectfully,

    /s/ Jason E. Sweet
    Jason E. Sweet

    Counsel for Defendants
    *Pro Hac Vice Appearance*

    BOOTH SWEET LLP
    Jason E. Sweet (BBO# 668596)
    32R Essex Street
    Cambridge, MA 02139
    Tel.: (617) 250-8619
    Fax: (617) 250-8883
    Email: jsweet@boothsweet.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
|     Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

_____

I hereby certify that on January 18, 2019, I caused the following documents:

- ***Defendants' Election that its Appeal be heard by the United States District Court***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered via first class mail to Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125 constitutes service or notice pursuant to Local Rule 9006-1(a).

Dated: January 18, 2019

                                                    /s/ Jason E. Sweet_____