RECEIVED
FEB 0 6 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandipan Chowdhury and Booth Sweet LLP,

    *Appellants,*

v.

Paul Hansmeier,

    *Appellee.*

No. 19-cv-156 (WMW)

## APPELLEE PAUL HANSMEIER'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Appellee Paul Hansmeier ("Hansmeier") respectfully submits this notice of supplemental authority. In both the proceedings below and in this appeal, the Appellants have attempted to justify their resistance to entry of judgment against them and their subsequent refusals to comply with judgment enforcement discovery by reference to a pending motion in the U.S. District Court for the District of Massachusetts—*AF Holdings, LLC v. Sandipan Chowdhury*, No. 12–cv–12105–JLT (D. Mass). Appellants have claimed that their possibility of success in Massachusetts somehow justifies their actions in this case. While Hansmeier does not agree that the existence of the Massachusetts proceeding justifies Appellants' actions in this case, in any event the U.S. District Court for the District of Massachusetts on January 31, 2019, denied Appellants' motion for judgment against Hansmeier. The District of Massachussets' order substantially undermines Appellants' appeal. For the Court's convenience, a copy of the order is attached to this notice.

SCANNED
FEB 06 2019
U.S. DISTRICT COURT ST. PAUL

Respectfully submitted,

February 6, 2019

/s/ _____
Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

2