

BETH FORSYTHE
Partner
(612) 492-6747
FAX (612) 340-2868
forsythe.beth@dorsey.com

May 17, 2019

**VIA ECF**

The Honorable Wilhelmina M. Wright
U.S. District Judge, District of Minnesota
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    **Sandipan Chowdhury and Booth Sweet, LLP v. Paul Hansmeier,
Court File No. 18-cv-3403, 19-cv-0156 (WMW)**

Dear Judge Wright:

    We represent Dan Booth in the matters referenced above.  Mr. Booth, Mr. Sweet and Mr. Chowdhury were arrested today and appeared before Magistrate Judge Donald L. Cabel in the District of Massachusetts for an initial appearance.  We understand that Magistrate Judge Cabel was willing to release Mr. Booth based on his representations that the parties have reached an agreement in principle to resolve their issues and purge contempt, and that he is willing to transfer himself to the District of Minnesota to appear before Judge Wright and/or Judge Sanberg as early as Monday, May 20, 2019.  Magistrate Judge Cabel stated, however, that he is not able to release the defendants on this Court's Order dated April 25, 2019 [Dkt. 29], paragraph 3(c.) of which requires that they remain under arrest: "Sandipan Chowdhury, Jason Sweet, and Dan Booth shall remain under arrest until they purge themselves of their contempt by complying with the bankruptcy court's post-judgment orders, as modified by this Order." He said that if he could get something from this Court modifying that language in such a way that would allow release, he would so order.

    The parties have agreed in principle on a resolution of all outstanding issues, and all that remains is to put that agreement in writing, which the parties are doing now. Mr. Booth's release is critical to finalizing that agreement.  Attached as Exhibit 1 is an email exchange of yesterday, which shows that the parties had nearly resolved all of their issues.  Just today, I spoke with Paul Hansmeier, my client, and Mr. Sweet's attorney and we resolved all of the remaining settlement issues and have an agreement in principle.  Accordingly, we request that Judge Wright modify her order this



The Honorable Wilhelmina M. Wright
May 17, 2019
Page 2


afternoon to state that Mr. Booth be released on his own recognizance in order to appear before Judge Wright at a date and time acceptable.

                                              Respectfully submitted,

                                              *s/ Beth Forsythe*


                                              Beth Forsythe
                                              Partner

BF:sen
Attachment