

BETH FORSYTHE
Partner
(612) 492-6747
FAX (612) 340-2868
forsythe.beth@dorsey.com

May 19, 2019

**VIA ECF**

The Honorable Wilhelmina M. Wright
U.S. District Judge, District of Minnesota
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

>   *Re:   Sandipan Chowdhury and Booth Sweet, LLP v. Paul Hansmeier, Court File
>   No. 18-cv-3403, 19-cv-0156 (WMW)*

Dear Judge Wright:

   Please accept this as a withdrawal of my letter, Docket No. 18, filed Friday, May 17, 2019.  The parties have had extensive discussions since Friday afternoon and have agreed to key terms to settle all outstanding issues related to the adversary proceeding.  The parties expect to make a joint filing to notify the Court that contempt has been purged and request that the Court quash the arrest warrants and order Messrs. Booth, Chowdhury, and Sweet released from detention.

Kind Regards,

DORSEY & WHITNEY LLP


/s/ Beth Forsythe


Beth Forsythe
Partner