

BETH FORSYTHE
Partner
(612) 492-6747
FAX (612) 340-2868
forsythe.beth@dorsey.com

May 20, 2019

<u>**VIA ECF**</u>

The Honorable Wilhelmina M. Wright
U.S. District Judge, District of Minnesota
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

  Re: **Sandipan Chowdhury and Booth Sweet, LLP v. Paul Hansmeier, Court File No. 18-cv-3403, 19-cv-0156 (WMW)**

Dear Judge Wright:

  The parties wish to jointly notify the Court that they believe Defendants Booth Sweet LLP and Sandipan Chowdhury have purged their contempt in this matter, and ask the Court to so find, and to quash their arrest warrants and order them released from detention.

  The parties have reached agreement on the general terms of settlement in the underlying adversary proceeding.  These terms include full satisfaction of the judgment against the Defendants, Adv. No. 16-4124, Dkt. 9 (Jan. 10, 2017), as well as the daily sanctions amount for the period October 26, 2018 through May 17, 2019. Adv. No. 16-4124, Dkt. 79 (Oct. 24, 2018).  As a result, the parties agree that Defendants have purged their contempt, and jointly request that the Court so find.

  The principals of Booth Sweet LLP, Dan Booth and Jason Sweet, as well as Defendant Sandipan Chowdhury, were arrested on Friday, May 17, 2019. They made their initial appearance that afternoon before Magistrate Judge Donald L. Cabell in the District of Massachusetts. Judge Cabell read this Court's order as requiring them to remain under arrest and thus detained until their contempt had been purged, or pending some modification by the Court of its order. The Defendants remain in custody at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island.

  The parties had been working to reach agreement on the outstanding discovery issues and toward a possible resolution of all amounts ordered payable by Defendants to Plaintiff at the time of Defendants' arrests. Since Friday afternoon, the parties have continued to negotiate and on Sunday evening reached agreement on the key terms of settlement, including those outlined above. The parties agree that, accordingly, Defendants have purged their contempt. The parties agree that Defendants should be released from detention and their arrest warrants quashed, as



The Honorable Wilhelmina M. Wright
May 20, 2019
Page 2

their release will enable efficient finalization of the settlement agreement in this matter, and they request that the Court so order.

Given the unusual nature of the events leading up to this letter submission, the parties request a brief telephonic hearing as soon today as the Court is available, in order to answer any additional questions the Court may have, and to understand how the Court would like to proceed. We will also notify Chief Judge Sanberg of this development.

Kind Regards,

*s/ Beth Forsythe*

Beth Forsythe

BF:sen

cc: Chief Judge Kathleen H. Sanberg, U.S. Bankruptcy Court, District of Minnesota (via email)
Paul Hansmeier (via email)

4842-4718-3511\1